No. 842, Misc. McCLOSKEY *v.* BOSLOW, INSTITUTION DIRECTOR. Ct. Sp. App. Md. Certiorari denied.

No. 846, Misc. BOND *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *James R. West* for petitioner. *Solicitor General Griswold* for the United States.

No. 848, Misc. WOODSIDE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 849, Misc. TORTORICE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Michael F. Dillon* for respondent.

No. 852, Misc. HIBBERT *v.* NEW YORK CITY TRANSIT AUTHORITY. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *Herman Adlerstein* for petitioner. *Helen R. Cassidy* for respondent.

No. 854, Misc. FURLONG *v.* WALKER. C. A. 3d Cir. Certiorari denied.

No. 856, Misc. LEEMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 862, Misc. ZIMMERMAN *v.* WARDEN, MARYLAND HOUSE OF CORRECTION. Ct. Sp. App. Md. Certiorari denied.

No. 863, Misc. WURTZBURGER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Leon B. Polsky* for petitioner.